# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROYCE WILLIAMS,<br><br>        Petitioner,<br><br>   v.<br><br>STEVE MOORE, WARDEN,<br><br>        Respondent. | CV F   05-00882 OWW DLB HC<br><br>ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL NUNC PRO TUNC<br><br>[Doc. 2] |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition on June 27, 2005, by John Ward, specially appearing for Petitioner. On this same date, Petitioner filed a motion for the appointment of John Ward, Esq. Counsel indicates that he has assisted extensively in the state court and has assisted in the preparation of the instant petition. Due to Petitioner's incarceration, lack of education and legal training, the assistance of counsel is needed. Mr. Ward indicates that he is admitted to practice in this District and is on the habeas and appeals panel of the Federal Defender of this District.

    Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See, Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court finds that the interests of justice would be served by the appointment of

///

///

counsel.  Accordingly, petitioner's request for appointment of counsel is GRANTED nunc pro tunc to June 27, 2005, the date of filing the instant petition.

IT IS SO ORDERED.

Dated:    **August 5, 2005**           **/s/ Dennis L. Beck**
3b142a                                                 UNITED STATES MAGISTRATE JUDGE