# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROYCE WILLIAMS, | CV F 05-00882 OWW DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
| v. | |
| STEVE MOORE, WARDEN, | [Doc. 16] |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 2, 2005, Petitioner filed a request for an extension of time to submit his traverse. There being no opposition by Respondent to the extension, Petitioner's request for an extension of time is GRANTED and Petitioner's traverse is due on or before December 15, 2005.

IT IS SO ORDERED.

Dated: **November 2, 2005**          **/s/ Dennis L. Beck**
ah0l4d                                                    UNITED STATES MAGISTRATE JUDGE

1